UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RUTH E. BOHAC, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 4:09CV01951AGF |
| MICHAEL J. ASTRUE, | ) ) ) |
| Defendant. | ) ) |

## **JUDGMENT**

Pursuant to the Memorandum and Order issued herein on this day,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that the decision of the Commissioner is **REVERSED** and that the case is **REMANDED** for further consideration.

*Audrey G. Fleissig*
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 8th day of April, 2010.