UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RUTH E. BOHAC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:09CV01951 AGF |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's application for reimbursement of attorney's fees in the amount of $4,230.40 (25.25 hours at an hourly rate of $167.54), plus the $350.00 filing fee cost, pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d)(1)(A). Plaintiff is the prevailing party in his action challenging the Commissioner of Social Security's denial of Plaintiff's application for disability insurance benefits. Plaintiff's request for fees is supported by appropriate documentation. The Commissioner does not object to Plaintiff's request, but notes that the cost of the filing fee is paid out of the Judgment Fund administered by the Department of the Treasury.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's application for attorney's fees and costs is **GRANTED** in the amount of $4,230.40 in fees and $350.00 in costs. [Doc. #18]

**IT IS FURTHER ORDERED** that said awards shall be made payable to Plaintiff's attorney.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 22nd day of April, 2010